■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRION SIMPSON, Appellant. [670 NYS2d 650] —Judgment unanimously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Cayuga County Court, Contiguglia, J.—Criminal Possession Controlled Substance, 4th Degree.) Present—Denman, P. J., Lawton, Wisner, Balio and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY J. AUST, Appellant. [670 NYS2d 650] —Judgment unanimously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, DiTullio, J.—Felony Driving While Intoxicated.) Present—Denman, P. J., Lawton, Wisner, Balio and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WESLEY WARREN, Appellant. [670 NYS2d 163] —Judgment unanimously affirmed. Memorandum: Defendant failed to preserve for our review his contention that the verdict convicting him, *inter alia*, of rape in the first degree (Penal Law § 130.35 [1]) is not supported by legally sufficient evidence (*see, People v Gray*, 86 NY2d 10, 19; *People v Lawrence*, 85 NY2d 1002, 1004-1005). Were we to review that contention, we would conclude that it lacks merit (*see, People v Bleakley*, 69 NY2d 490, 495). (Appeal from Judgment of Supreme Court, Erie County, Dadd, J.—Rape, 1st Degree.) Present—Denman, P. J., Lawton, Wisner, Balio and Fallon, JJ.